Ryan Morrison*
**LIBERTY JUSTICE CENTER**
1629 K St., NW, Ste. 300
Washington, DC 20006
T: 512-481-4400
rmorrison@ljc.org

Gage Zobell (#13925)
Jensen Lillquist (#3252)
**DORSEY & WHITNEY LLP**
Millennium Building
125 Bank Street, Suite 600
Missoula, MT 59802
T: (406) 721-6025
zobell.gage@dorsey.com
lillquist.jensen@dorsey.com

*Attorneys for Plaintiffs*
* *Pro Hac Vice* Forthcoming

UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| YOUNG AMERICANS FOR LIBERTY, INC., MAKE LIBERTY WIN, MONTANA MINING ASSOCIATION, and PAC MANAGEMENT SERVICES LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Montana Attorney General*, and CHRISTI JACOBSEN, *in her official capacity as Montana Secretary of State*,<br><br>*Defendants*. | Case No. 6:26-cv-00081-BMM<br><br>Judge Brian Morris<br><br>**Plaintiffs' Motion for Preliminary Injunction** |

Plaintiffs Young Americans for Liberty, Inc., Make Liberty Win, Montana Mining Association, and PAC Management Services LLC, by counsel, respectfully move pursuant to Fed. R. Civ. P. 65(a) for a preliminary injunction to enjoin Defendants' enforcement of "The Montana Plan Act," a new chapter in Title 35 of Montana Code Annotated, which was enacted pursuant to Montana ballot initiative number 194 after the 2026 general election.

Dated: November 16, 2026

Respectfully submitted,

*/s/ Gage Hart Zobell*

Ryan Morrison*
**LIBERTY JUSTICE CENTER**
1629 K St., NW, Ste. 300
Washington, DC 20006
T: 512-481-4400
rmorrison@ljc.org

Gage Zobell (#13925)
Jensen Lillquist (#3252)
**DORSEY & WHITNEY LLP**
Millennium Building
125 Bank Street, Suite 600
Missoula, MT 59802
T: (406) 721-6025
zobell.gage@dorsey.com
lillquist.jensen@dorsey.com

*Attorneys for Plaintiffs*
* *Pro Hac Vice* Forthcoming