IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| | |
|---|---|
| YOUNG AMERICANS FOR LIBERTY, INC., MAKE LIBERTY WIN, MONTANA MINING ASSOCIATION, and PAC MANAGEMENT SERVICES LLC,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUSTIN KNUDSEN, *in his official capacity as Montana Attorney General*, and CHRISTI JACOBSEN, *in her official capacity as Montana Secretary of State*,<br><br>*Defendants*. | Case No. 6:26-cv-00081<br><br>Judge Brian Morris<br><br>**ORDER GRANTION MOTION FOR ADMISSION *PRO HAC VICE* OF RYAN MORRISON** |

Plaintiffs collectively have moved for an order allowing Ryan Morrison to appear *pro hac vice* in this case with Gage Zobell and Jensen Lillquist designated as local counsel. The application of Mr. Morrison appears to be in compliance with L.R. 83.1(d).

**IT IS ORDERED:**

Plaintiffs' motion to allow Mr. Morrison to appear on their behalf is GRANTED, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(7) and must be designated as lead counsel or as co-lead counsel;
2. Mr. Morrison must do his own work. He must do his own writing, sign his own pleadings, motions, briefs, and if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;
3. Mr. Morrison shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.
4. Local counsel shall also sign all such pleadings, motions, and briefs and other documents served or filed;
5. Admission is personal to Mr. Morrison, not the organization he works for; and
6. Local counsel will provide a copy of this order to Mr. Morrison.

**IT IS FURTHER ORDERED:**

Mr. Morrison must file, within 15 days from the date of this Order, an acknowledgement and acceptance of his admission under the terms set forth above.

DATED this 17th day of November 2026.

Brian Morris, Chief District Judge
United States District Courts